1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PROVIDENT TRUST COMPANY, et al.,           )
                                                   )
                                    Plaintiffs,    )          Case No. 2:12-cv-00552-KJD-PAL
                                                   )
vs.                                                )          **ORDER**
                                                   )
LIFE CARE FUNDING, et al.,                   )
                                                   )
                                    Defendants.    )
_____)

This matter is before the court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed April 3, 2012.  No Answer has been filed.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Plaintiffs have failed to comply.  Accordingly,

**IT IS ORDERED** Plaintiffs shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., May 10, 2012.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 26th day of April, 2012.

_____
Peggy A. Leen
United States Magistrate Judge