1  RYAN L. DENNETT, ESQ.
2  Nevada Bar No. 005617
   **DENNETT WINSPEAR, LLP**
3  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
4  Telephone:    (702) 839-1100
   Facsimile:    (702) 839-1113
5  *Attorneys for Plaintiffs*

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

| | |
|---|---|
| PROVIDENT TRUST COMPANY, a Nevada Corporation; CLERMONT CAPITAL, a Connecticut Corporation; JASON HELQUIST, an Individual; THERESA FETTE, an individual; ANDREW TERRELL, an individual; ANDREW DUNCAN, an individual, | Case No: 2:12-cv-00552-KJD-PAL |
| Plaintiffs, | **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |
| vs. | |
| LIFE CARE FUNDING, a Maine Corporation; DONALD POOLE, an individual; CHRIS ORESTIS, an individual; ROE CORPORATIONS I-XX, inclusive; DOE INDIVIDUALS I-XX, Inclusive, | |
| Dendants. | |

18  The undersigned counsel of record for the Plaintiffs certifies that the following have an
19  interest in the outcome of this case:
20          PROVIDENT TRUST COMPANY;
            CLERMONT CAPITAL
21          JASON HELQUIST
            THERESA FETTE
22          ANDREW TERRELL
            ANDREW DUNCAN
23
24  Plaintiffs; and
25  / / /
26  / / /
27  / / /
28

1  LIFE CARE FUNDING
   DONALD POOLE
2  CHRIS ORESTIS

3  Defendants.

5  DATED this ____ day of May, 2012.

   DENNETT WINSPEAR, LLP

   By_____
   RYAN L. DENNETT, ESQ.
   Nevada Bar No. 005617
   3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
   Telephone:   (702) 839-1100
   Facsimile:   (702) 839-1113
   Attorneys for Plaintiffs

2