# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROVIDENT TRUST COMPANY, *et al.*, | |
| Plaintiffs, | Case No. 2:12-CV-00552-KJD-PAL |
| v. | **ORDER** |
| LIFE CARE FUNDING, *et al.*, | |
| Defendants. | |

Plaintiffs' Complaint (#1) was filed April 3, 2012. Service of the summons and complaint was executed on all Defendants no later than January 2, 2013. The latest answer was due from the last served Defendant no later than January 23, 2013. However, no action of record has been taken by any Defendant. Therefore, the Court orders Plaintiffs to file a status report, motion for entry of default, or notice of voluntary dismissal no later than April 18, 2013.

**IT IS SO ORDERED.**

DATED this 4th day of April 2013.

_____
Kent J. Dawson
United States District Judge